UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 18-09593 |
| Eugenio Ferrer ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Pamela S. Hollis | |
| ) | | |
| ) | Joliet | |
| Debtor(s) ) | | |

**Order Dismissing For Ineligibility**

It Is Hereby Ordered:

1. The case is dismissed pursuant to 11 U.S.C. Section 109(h) and Section 1307(c).

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  May 04, 2018

**Prepared by:**

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Rd., Suite 650
Lisle, IL 60532